# Court of Appeals
# of the State of Georgia

ATLANTA,  May 27, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1620. WILLBANKS v. THE STATE.**

Counsel for appellant has filed a suggestion of death in the above-styled case. Due to the unfortunate passing of appellant Lon Taylor Willbanks, we hereby DISMISS this appeal.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  05/27/2025

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.